IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSE E. SALINAS                                                PETITIONER

vs.                               CIVIL ACTION NO. 3:13-cv-831-DCB-MTP

MARCUS MARTIN                                                  RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 23]** of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Petitioner Jose E. Salinas' Petition **[1]** for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED and dismissed without prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 12th day of May, 2014.

s/David Bramlette
UNITED STATES DISTRICT JUDGE